*JS-6*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LIPELES, an individual, on his own behalf and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, *et al.*,<br><br>Defendants. | CASE NO. 2:21-cv-00948-JFW (JEMx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

Based on the Parties' Stipulation of Dismissal, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff Jamie Lipeles's claims are dismissed with prejudice, and the claims asserted on behalf of the putative class members are dismissed without prejudice; and

2. The Parties shall each bear their own fees and costs incurred in this litigation.

**IT IS SO ORDERED.**

Dated: January 6, 2022   _____
　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　United States District Judge